**E-FILED on** 8/7/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel SCARLETT MCMASTERS,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.; PHIL LOVELIEN,<br><br>Defendants. | No. C-06-03881 RMW<br><br>ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL<br><br>**[Re Docket No. 6]** |

William Fenton Sink ("Sink") brings the present motion to withdraw as counsel for plaintiff in the above-captioned action. Civil Local Rule 11-5(a) provides that "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case."[1]

Plaintiff filed this *qui tam* action in the District of Hawai'i (where plaintiff presently resides) alleging that defendants made false claims for payments to the United States government and wrongfully terminated plaintiff for opposing their improper practices in violation of the False Claims

---

[1] Sink brings his motion pursuant to Local Rule 83.6(b) of the Rules of the United States District Court of the District of Hawai'i. The applicable rule in this court is Civil Local Rule 11-5.

ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL—No. C-06-03881 RMW
SPT

1 Act, 31 U.S.C. § 3729 *et seq.* On June 9, 2006 the Honorable Helen Gillmor granted defendants'
2 Motion to Change Venue and transferred the case, including a then pending Motion to Dismiss, to
3 the Northern District of California. On July 28, 2006 defendants noticed the transferred Motion to
4 Dismiss for hearing before this court on September 22, 2006. The Motion to Dismiss had been fully
5 briefed by the parties prior to the transfer.

6 On July 28, 2006 Sink filed the present motion to withdraw as counsel citing, *inter alia*, the
7 financial and practical difficulties presented by the prospect of having to try a case in California.[2] In
8 particular, Sink filed a declaration stating that he is a solo practitioner with approximately fifty
9 clients, travel time and expense to California from Hawai'i would be expensive and a financial
10 burden, and plaintiff has not cooperated as requested by counsel. Decl. William Fenton Sink Supp.
11 Mot. Withdraw ¶¶ 4-6. Sink argues that plaintiff will suffer no prejudice because a trial date has not
12 yet been set. Sink represents that plaintiff has refused to accept his withdrawal from the case and
13 refuses to seek other counsel. Mot. Withdraw at 8. In addition to filing the present motion, Sink
14 further represents that he has served this motion and notice of the hearing to the plaintiff via the
15 United States Postal Service. However, Sink's motion to withdraw did not set a hearing date.

16 **ORDER**

17 Based on the foregoing, the court hereby orders that:

18 1. Any party, including plaintiff, who objects shall file papers setting forth their
19 objections to the present motion by Wednesday, August 23, 2006; and
20 2. The court will then consider the motion submitted on the papers.

22 DATED:    8/7/06

*Ronald M Whyte*

23 RONALD M. WHYTE
United States District Judge

---

[2]   Although this case has been designated for e-filing, Sink's motion was not e-filed.

ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL—No. C-06-03881 RMW
SPT                                              2

1  **Notice of this document has been sent to:**

2  **Counsel for Plaintiff:**

3  William Fenton Sink
   Law Offices of William Fenton Sink
4  Dillingham Transportation Building
   735 Bishop Street
5  Suite 420
   Honolulu, HI 96813

7  **Counsel for Defendants:**

8  Brad D. Brian                BrianBD@mto.com

9  Robert G. Klein
   McCorriston Miller Mukai MacKinnon LLP
10 Five Waterfront Plaza
   Suite 400
11 500 Ala Moana Blvd.
   Honolulu, HI 96813

13 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:    8/7/06**                              **SPT**
                                                   **Chambers of Judge Whyte**

ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL—No. C-06-03881 RMW
SPT                                        3