**E-FILED on**   1/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel SCARLETT MCMASTERS,<br><br>        Plaintiff,<br><br>    v.<br><br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.; PHIL LOVELIEN,<br><br>        Defendants. | No. C-06-03881 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>**[Re Docket No. 22]** |

      William Fenton Sink ("Sink") is a solo practitioner in Hawai'i and counsel of record for plaintiff. Sink moves, for the second time, to withdraw as counsel for plaintiff.[1]

**I. BACKGROUND**

      On July 28, 2006 Sink filed his first motion to withdraw as counsel citing, *inter alia*, the financial and practical difficulties presented by the prospect of having to try a case in California. On August 7, 2006 this court issued an order that any party, including plaintiff, who objects to Sink's motion shall file papers setting forth their objections. No objections were filed with the court. Defendants filed a notice of non-objection.

---

[1]     Sink did not notice a hearing date. The court finds the matter suitable for determination on the papers.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-06-03881 RMW
SPT

1    Plaintiff filed this *qui tam* action[2] in the District of Hawai'i (where plaintiff presently resides)
2 alleging that defendants made false claims for payments to the United States government and
3 wrongfully terminated plaintiff for opposing their improper practices in violation of the False Claims
4 Act, 31 U.S.C. § 3729 *et seq*. The action was subsequently transferred to this court along with
5 defendants' pending motion to dismiss. The motion to dismiss had been fully briefed prior to
6 transfer to this court and was noticed for hearing before this court on September 22, 2006.

7    The court granted Sink's motion to withdraw on the condition that he represent plaintiff in
8 the motion to dismiss hearing prior to withdrawal. Sink appeared on plaintiff's behalf at the
9 September 22, 2006 hearing on defendants' motion to dismiss. At the hearing, the court tentatively
10 ruled that it would grant defendants' motion to dismiss with leave to amend and Sink stated that he
11 would continue to represent plaintiff in amending her complaint. On October 10, 2006 the court
12 issued an order granting defendants' motion to dismiss with forty-five days' leave to amend.

13    On December 1, 2006 the matter came on regularly for case management conference. No
14 appearance was made by plaintiff or plaintiff's counsel. No amended complaint has been filed.

15    On December 4, 2006 Sink filed the present motion to withdraw as counsel for plaintiff
16 without having to file an amended complaint. Sink represents that his office has attempted to
17 contact plaintiff several times to obtain additional facts in order to amend the complaint, but has not
18 received further information or response from plaintiff. Decl. of William Fenton Sink ¶ 3, Exs. 2-7;
19 *see also* Decl. of Andrea R. Sink ¶¶ 3-6. Sink certifies that the present notice of motion to withdraw
20 has been served on plaintiff on the date of filing.

21    On December 8, 2006 this court issued an order to show cause requiring plaintiff to appear
22 on January 26, 2007 to show cause why this action should not be dismissed with prejudice for
23 failure to prosecute and failure to comply with this court's orders.

---

[2]  The United States had filed a notice of election to not intervene. On November 17, 2006 this court granted the United States' request to clarify that this court's dismissal of plaintiff's claims, plaintiff's action, or the parties named in plaintiff's action is without prejudice to the United States. *See United States ex rel. McGough v. Covington Techs. Co.*, 967 F.2d 1391, 1397 (9th Cir. 1992) (A *qui tam* action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.") (quoting 31 U.S.C. § 3730(b)(1)).

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-06-03881 RMW
SPT                                    2

## II.  ORDER

The court hereby grants Sink's motion to withdraw as counsel as of the date of this order.  No further appearance by Sink on behalf of plaintiff in this action is required.

**NOTICE TO PLAINTIFF SCARLETT MCMASTERS:**

You are hereby notified that William Fenton Sink (and the Law Offices of William Fenton Sink) will no longer be representing you in this lawsuit.  You are hereby advised that a *pro se* litigant may not proceed as the relator in a *qui tam* action, such as the present action, without being represented by a licensed attorney.  If you do not retain an attorney to represent you in this action, you may lose the lawsuit and judgment may be entered against you.  In addition, as stated in this court's December 8, 2006 Order to Show Cause, you must appear before this court on January 26, 2007 to show cause why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

Furthermore, the court needs to know how to contact you.  If you do not keep the court and other parties informed of your current address, they will not be able to send you notice of actions that might affect you, including actions that may adversely affect your interests or result in your losing the case.

The last known address for plaintiff Scarlett McMasters is:

> 2379 Halekoa Drive
> Honolulu, Hawai'i 96821

If you fail to keep the court informed of your current address, or if any order from the court mailed to the address which the court has on file for you is returned to the court as undeliverable, the court may find that you have abandoned your case and may grant judgment by default to defendants.

DATED:      12/21/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

William Fenton Sink
Law Offices of William Fenton Sink
Dillingham Transportation Building
735 Bishop Street
Suite 420
Honolulu, HI 96813

Scarlett McMasters (plaintiff)
2379 Halekoa Drive
Honolulu, Hawai'i 96821

**Counsel for Defendants:**

Brad D. Brian           BrianBD@mto.com

Robert G. Klein
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza
Suite 400
500 Ala Moana Blvd.
Honolulu, HI 96813

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     1/2/07                                   SPT
                                                **Chambers of Judge Whyte**