**E-FILED on** 1/25/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel SCARLETT MCMASTERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.; PHIL LOVELIEN,<br><br>　　　　Defendants. | No. C-06-03881 RMW<br><br>ORDER CONTINUING ORDER TO SHOW CAUSE HEARING |

On December 8, 2006 this court issued an order to show cause requiring plaintiff to appear before this court on January 26, 2007 to show cause why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with this court's orders. Plaintiff Scarlett McMasters seeks to postpone the hearing to a later date. Although the court notes that plaintiff has already been granted significant time to obtain counsel and file an amended complaint, the court will continue the order to show cause hearing date to Friday, February 23, 2007, at 9:00 a.m.

DATED:　　　1/25/07

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING ORDER TO SHOW CAUSE HEARING—No. C-06-03881 RMW
SPT

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Scarlett McMasters (plaintiff)
2379 Halekoa Drive
Honolulu, Hawai'i 96821

**Counsel for Defendants:**

Brad D. Brian            BrianBD@mto.com

Robert G. Klein
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza
Suite 400
500 Ala Moana Blvd.
Honolulu, HI 96813

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     1/25/07                              SPT
                                          **Chambers of Judge Whyte**

ORDER CONTINUING ORDER TO SHOW CAUSE HEARING—No. C-06-03881 RMW
SPT                                         2