**E-FILED on** 2/28/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* SCARLETT MCMASTERS,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN SHIP SYSTEMS, INC.; PHIL LOVELIEN,<br><br>Defendants. | No. C-06-03881 RMW<br><br>ORDER DISMISSING MCMASTERS' ACTION WITH PREJUDICE |

On December 8, 2006 this court issued an order to show cause requiring plaintiff to appear before this court on January 26, 2007 to show cause why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with this court's orders. The court thereafter granted plaintiff's *ex parte* application to continue the hearing date. The court set the order to show cause hearing for February 23, 2007. Plaintiff did not appear for the hearing. As the court has noted, plaintiff has already been granted significant time to obtain counsel and file an amended complaint, but has not done so. The court hereby dismisses plaintiff's action with prejudice.[1]

DATED: 2/27/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] This dismissal is without prejudice to the United States. *See United States ex rel. McGough v. Covington Techs. Co.*, 967 F.2d 1391, 1397 (9th Cir. 1992) (quoting 31 U.S.C. § 3730(b)(1)).

ORDER CONTINUING ORDER TO SHOW CAUSE HEARING—No. C-06-03881 RMW
SPT

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Scarlett McMasters (plaintiff)
2379 Halekoa Drive
Honolulu, Hawai'i 96821

**Counsel for Defendants:**

Brad D. Brian            BrianBD@mto.com

Robert G. Klein
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza
Suite 400
500 Ala Moana Blvd.
Honolulu, HI 96813

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     2/28/07                                SPT
                                          **Chambers of Judge Whyte**